IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BANQUO D. YOUNG,

    Petitioner,                    No. CIV S-03-1674 MCE CMK P

    vs.

JOE McGRATH,

    Respondent.             ORDER

_____/

        On July 11, 2005, petitioner submitted a "motion to request leave to file a second amended petition for writ of habeas corpus." That document was not served on respondent. Petitioner is advised that every document submitted to the court for consideration must be served on respondent. Fed. R. Civ. P. 5; Rule 11, Fed. R. Governing § 2254 Cases. Documents not to be served electronically are usually served by placing a copy in the U.S. Mail. If an attorney has filed a document with the court on behalf of respondent, then documents submitted by petitioner must be served on that attorney and not on the respondent himself. Every document submitted conventionally to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate copy of the document was mailed to respondent or his attorney and the address to which it was mailed. See Local Rule 5-135(b) and (c).

/////

1  Accordingly, IT IS HEREBY ORDERED that petitioner's July 11, 2005 "motion
2 to request leave to file a second amended petition for writ of habeas corpus" will be placed in the
3 court file and disregarded. Petitioner is cautioned that failure to properly serve any documents
4 subsequently filed in this action, and failure to include a proper certificate of service with such
5 filing, will result in a recommendation that this action be dismissed.

7 DATED: July 15, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE