IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Banquo D. Young

    Petitioner                   No. CIV S-03-1674 MCE CMK P

    vs.

Joe McGrath, Warden, et al.,

    Respondents.

_____/        <u>ORDER</u>

        Petitioner, a state prisoner represented by an attorney, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 24, 2005, the court received, in paper format, a motion for substitution of counsel along with a proposed order. This order was lodged with the court.

        The Eastern District of California is an electronic case management and filing district (CM/ECF). Local Rule 5-133(a). Unless excused by the court...attorneys shall file all documents electronically pursuant to those Rules. <u>Id.</u> Under the electronic filing rules, "when a proposed order is electronically submitted to the Court, the person proposing it must submit it via ECF, thereby effecting service on all other parties.[1]" Local Rule 5-137(a). In addition to

---

[1] The court notes that the motion for substitution and proposed order were not served on respondents as the declaration of service page, while attached, is not properly filled in or signed.

electronically filing the proposed order in .pdf format, the proposing person must also submit by e-mail a separate proposed order in a word processing format compatible with Word Perfect to the appropriate Magistrate Judge's e-mail box listed on the court website.  Local Rule 5-137(b).

The court understands that this is a proposed order to substitute petitioner as his own attorney, which as a pro se litigant, would exempt petitioner from the requirements of electronic filing. Local Rule 5-133(b)(2).  However, as all substitutions of attorney require approval of the court, petitioner continues to be represented by an attorney until his motion for substitution of counsel is approved by the court.   Local Rule 83-182(g).  Therefore, the Local Rules require that the instant motion for substitution of attorney be filed electronically.

Accordingly, IT IS ORDERED that:

1. The "Motion for Substitution of Counsel, Proposed Order," which was lodged on June 24, 2005, shall be placed in the file and disregarded and;

2. Petitioner's counsel shall file a motion for substitution of counsel according to Local Rules 5-133 and 5-137, which  governing filing of electronic documents and proposed orders.

DATED:   August 3, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26