IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Banco D. Young,

    Petitioner,                                    No. CIV S-03-1674 MCE CMK P

    vs.

Joe McGrath, et al.,

    Respondants.

_____/             ORDER

On August 12, 2005, petitioner filed a "Memorandum of Points and Authorities in Support of Second Amended Petition for Writ of Habeas Corpus."  This motion contained a request for an evidentiary hearing.  Petitioner is advised that on July 18, 2005, the court ordered that petitioner's motion requesting leave to file a second amended habeas petition be placed in the file and disregarded due to petitioner's failure to properly serve the motion on respondents.  Petitioner's August 12, 2005 filing appears to be a second attempt to file a second amended habeas petition.

Although petitioner filled out a proof of service for his August 12, 2005 filing, petitioner did not properly fill out the form.  Petitioner left blank the space indicating the address at which he served his "Memorandum of Points and Authorities in Support of Second Amended Petition for Writ of Habeas Corpus." Every document submitted conventionally to the court (e.g. by a prisoner proceeding pro se) must include a certificate stating the date that an accurate copy

1  of the document was mailed to respondent or his attorney and the address to which it was mailed.
2  As petitioner did not include the address to which he mailed the August 12, 2005 document, this
3  document was not properly served on respondent.
4      Petitioner is advised that to properly serve respondent he must completely fill out
5  the proof of service form, including the address to which he mailed respondent or respondent's
6  attorney a copy of his document.
7      IT IS ORDERED THAT the petitioner's August 12, 2005 "Memorandum of
8  Points and Authorities in Support of Second Amended Petition for Writ of Habeas Corpus." will
9  be placed in the court file and disregarded.  The court notes that it appears that petitioner is
10 attempting to properly serve documents in this action, however, further failures to include a
11 proper certificate of service with filings may result in a recommendation that this action be
12 dismissed.
13
14 DATED:  August 29, 2005.
15
16                                          _____
                                            **CRAIG M. KELLISON**
17                                          UNITED STATES MAGISTRATE JUDGE