Banquo D. Young
P-52338
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531

Petitioner In Pro Per

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANQUO D. YOUNG,<br><br>          Petitioner,<br>  v.<br><br>JOE McGRATH, Warden, et al.,<br><br>          Respondent. | No. Civ S-03-1674-MCE-CMK-P<br><br>**MOTION FOR SUBSTITUTION OF COUNSEL and ORDER.** |

      Petitioner, Banquo D. Young, CDC No. P-52338, Pelican Bay State Prison, P.O. Box 7500 Crescent City, CA 95531, hereby moves this Court for an order substituting himself for Eric Weaver as counsel in this matter. Petitioner and Eric Weaver, have communicated concerning this issue and have determined that it is appropriate for Mr. Young to represent himself pro se.

      There is currently no pending matter and no pending briefing schedule.

                                                                                  Respectfully submitted,

Dated:      August 4, 2005                    /S/ Eric Weaver
                                                                  Eric Weaver
                                                                  Attorney

Dated:      August 9, 2005                    /S/ Banquo D. Young[1]
                                                                  Banquo D. Young

---

[1] A pdf document bearing petitioner's original signature has been filed with the court. (Doc. 32.)

Petitioner In Pro Per

Pursuant to the Motion to for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Banquo D. Young shall be substituted in as counsel for himself pro se in place of Eric Weaver as counsel of record for petitioner.

DATED:   August 29, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

MOTION FOR SUBSTITUTION OF COUNSEL.                                                    PAGE       2

DECLARATION OF SERVICE

Re:   *Young v. McGrath*
      Case No.Civ. S-03-1674-MCE-GGH-P

   I, Eric Weaver, declare that I am over 18 years of age, and not a party to the within cause; my business address is P.O. Box 6294, Albany, California 94706. I served a true copy of the attached:

**AMENDED MOTION FOR SUBSTITUTION OF COUNSEL, PROPOSED ORDER.**

on each of the following, by placing same in an envelope (or envelopes) addressed (respectively) as follows:

| | |
|---|---|
| Eric Weaver | Harry Joseph Colombo |
| Attorney at Law | Attorney General |
| P.O. Box 6294 | P.O. Box 944255 |
| Albany, CA 94706 | Sacramento, CA 94244-2550 |

   Each envelope was then, on August 22, 2005, sealed and deposited in the United States Mail at Albany, California, the county in which I am employed, with the first class postage thereon fully prepaid.
   I declare under penalty of perjury that the foregoing is true and correct. Executed at Albany, California, this August 22, 2005.

                                                    /S/ Eric Weaver
                                                    Declarant

MOTION FOR SUBSTITUTION OF COUNSEL.                                PAGE   3