IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANQUO D. YOUNG, | No. CIV S-03-1674 MCE CMK P |
| Petitioner, | |
| vs. | ORDER |
| JOE McGRATH, Warden, et al., | |
| Respondents. | |
| _____ / | |

Petitioner is a state prisoner proceeding pro se[1] with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's request for a certificate of appealability (Doc. 51), filed on June 18, 2007.

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

---

[1] Petitioner had counsel until August 30, 2005, when the court granted petitioner's motion to substitute himself for Eric Weaver as counsel in this matter. (Doc. 34.) Petitioner had counsel when he filed his amended petition (doc. 13) and when he filed his traverse. (Doc. 23.)

1 The court must either issue a certificate of appealability indicating which issues satisfy the
2 required showing or must state the reasons why such a certificate should not issue.  See Fed. R.
3 App. P. 22(b).  For the reasons set forth in the magistrate judge's September 8, 2006 findings and
4 recommendations, petitioner has not made a substantial showing of the denial of a constitutional
5 right.
6     Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate of
7 appealability is DENIED.

Dated: July 31, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE